**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| DirectStream, LLC, | Case No. 20-10534 (MFW) |
| Debtor. | |

**NOTICE OF CHANGE FROM NO ASSET**
**TO ASSET AND REQUEST TO THE CLERK TO**
**FIX BAR DATE TO FILE CLAIMS AGAINST THE ESTATE**

**PLEASE TAKE NOTICE** that Don A. Beskrone, the duly appointed Chapter 7 Trustee (the "Trustee") in the above-captioned case (the "Case"), after due inquiry, having discovered assets, hereby gives notice that this Case is an asset case. The Trustee also requests the Clerk to fix a bar date to file claims against the estate of the Debtor.

/s/ Don A. Beskrone
Don A. Beskrone, Esquire (DE No.4308)
Chapter 7 Panel Trustee
P. O. Box 272
Wilmington, DE 19899
(302) 654-1888
dbeskronetrustee@gmail.com

Dated: April 3, 2020

{01551870;v1 }