## **CERTIFICATE OF SERVICE**

I, Ricardo Palacio, hereby certify that, on May 5, 2020, I caused one copy of the foregoing to be served upon the parties on the attached service list via electronic mail unless otherwise indicated.

/s/ *Ricardo Palacio*
Ricardo Palacio (#3765)

{01556782;v1 }

Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801
(Counsel to the Debtors)

Linda Richenderfer, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Eric J. Monzo, Esq.
Brya Keilson, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(Counsel to Swoop Search, LLC)

Ryan T. Murphy, Esq.
Frederickson & Byron, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN 55402
(Counsel to Swoop Search, LLC)

Craig Unterberg, Esq.
Haynes and Boone LLP
30 Rockefeller Center
26th Floor
New York, NY 10112
(Counsel to FG SRC LLC)

Stephen M. Pezanosky, Esq.
Haynes and Boone LLP
301 Commerce Street, Suite 2600
Fort Worth, TX 76102
(Counsel to FG SRC LLC)

Robert C. Blume, Esq.
M. Scott Campbell, Esq.
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
(Counsel to Brandon W. Freeman)

Norman L. Pernick, Esq.
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(Counsel to Brandon W. Freeman)