**SERVICE LIST**

| | |
|---|---|
| **Chapter 7 Trustee** | **Counsel for Chapter 7 Trustee** |
| Don A. Beskrone<br>Ashby & Geddes, P.A.<br>P.O. Box 272<br>Wilmington, DE 19899<br>dbeskronetrustee@gmail.com | Ricardo Palacio, Esquire<br>Benjamin W. Keenan, Esquire<br>Ashby & Geddes, P. A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 272<br>Wilmington, DE 19899<br>bankruptcy@ashby-geddes.com |
| **Counsel for FG SRC LLC** | **Counsel for FG SRC LLC** |
| Alfonso Garcia Chan, Esquire<br>Ari B. Rafilson, Esquire<br>Michael W. Shore, Esquire<br>William D. Ellerman, Esquire<br>Shore Chan DePumpo LLP<br>901 Main Street, Suite 3300<br>Dallas, TX 75202<br>achan@shorechan.com<br>arafilson@shorechan.com<br>mshore@shorechan.com<br>wellerman@shorechan.com | Price Ainsworth, Esquire<br>Law Offices of Price Ainsworth, P.C.<br>4407 Bee Caves Road<br>#1-111<br>Austin, TX 78746<br>price@ainsworth-law.com |
| **Counsel for Debtor DirectStream, LLC** | **U.S. Trustee** |
| Michael R. Nestor, Esquire<br>Young Conaway Stargatt & Taylor<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>bankfilings@ycst.com | Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |
| **Counsel for Swoop Search, LLC** | **Counsel for Swoop Search, LLC** |
| Ryan T. Murphy, Esquire<br>Fredrikson & Byron<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402<br>rmurphy@fredlaw.com | Eric J. Monzo, Esquire<br>Brya M. Keilson, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>emonzo@morrisjames.com<br>bkeilson@morrisjames.com |

**Counsel for Brandon Freeman**

Norman L. Pernick, Esquire
Patrick J. Reilley, Esquire
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
preilley@colescholtz.com

**Via First Class Mail**
Paul Reeder, Controller
DirectStream, LLC
9925 Federal Drive, Suite 130
Colorado Springs, CO 80921

**Counsel for Intel Corporation**

Derek C. Abbott
Taylor M. Haga
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
dabbott@mnat.com
thaga@mnat.com

**Counsel for Brandon Freeman**

Robert C. Blume, Esquire
M. Scott Campbell, Esquire
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
rblume@gibsondunn.com
scampbell@gibsondunn.com

**Counsel for FG SRC LLC**

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809