**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DIRECTSTREAM, LLC, | ) | Case No. 20-10534 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DIRECTSTREAM FEDERAL, LLC, | ) | Case No. 20-10535 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AGENDA OF MATTERS SCHEDULED FOR HEARING**
**ON SEPTEMBER 16, 2020 AT 10:00 A.M.[1] (EASTERN TIME)**

---

**PLEASE NOTE YOU MUST APPEAR THROUGH BOTH COURTCALL AND ZOOM. TO APPEAR VIA VIDEO CONFERENCE VIA ZOOM AND COURTCALL, PARTIES SHOULD USE THE INSTRUCTIONS BELOW:**

Topic: Direct Stream 20-10534/Direct Stream Federal 20-10535
Time: Sep 16, 2020 10:00 AM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1615915574

Meeting ID: 161 591 5574
Passcode: 464404

To appear telephonically via CourtCall, parties must make prior arrangements through CourtCall by telephone (866) 582-6878. Please note that **ALL** parties (including those participating via video conference) must also call into CourtCall, and they should do so at least fifteen (15) minutes prior to the scheduled hearing.

---

## CONTESTED MATTERS GOING FORWARD

1.    Motion of Intel Corporation for an Order (I) Staying Patent Infringement Action Pursuant to Section 362(a) or Section 105(a) or (II) Modifying the Automatic Stay and Granting Related Relief [Docket No. 51 (20-10534) and Docket No. 46 (20-10535); filed July 28, 2020]

---

[1] At the direction of the Court, the September 16, 2020 hearing is rescheduled from 2:00 p.m. (ET) to 10:00 a.m. (ET)

Response Deadline: August 12, 2020 at 4:00 p.m. (extended to September 10, 2020 for the Ch. 7 Trustee and FG SRC LLC) (Intel deadline to file a reply is September 14, 2020)

Responses/Objections Received:

A. Consolidated Opposition of FG SRC LLC to Motions of Intel Corporation and Xilinx, Inc. to (I) Stay Patent Infringement Actions Pursuant to Section 362(a) or Section 105(a) or (II) Modify Automatic Stay [Docket No. 68 (20-10534) and Docket No. 61 (20-10535); filed September 10, 2020]

B. Objection of Chapter 7 Trustee to Motions of Intel Corporation and Xilinx, Inc. to (I) Stay Patent Infringement Action Pursuant to Section 362(a) or Section 105(a) or (II) Modify the Automatic Stay and Grant Related Relief [Docket No. 70 (20-10534) and Docket No. 65 (20-10535); filed September 10, 2020]

Related Document(s):

A. Corrected Notice of Hearing [Docket No. 52 (20-10534) and Docket No. 47 (20-10535); filed July 28, 2020]

Status: This matter is going forward.

2.     Motion (of Xilinx, Inc.) to Approve an Order (I) Staying Patent Infringement Action Pursuant to Section 362(a) or Section 105(a) or (II) Modifying the Automatic Stay and Granting Related Relief [Docket No. 53 (20-10534) and Docket No. 17 (20-10535); filed August 6, 2020]

Response Deadline: August 21, 2020 at 4:00 p.m. (extended to September 10, 2020 for the Ch. 7 Trustee and FG SRC LLC) (Xilinx deadline to file a reply is September 14, 2020)

Responses/Objections Received:

A. Consolidated Opposition of FG SRC LLC to Motions of Intel Corporation and Xilinx, Inc. to (I) Stay Patent Infringement Actions Pursuant to Section 362(a) or Section 105(a) or (II) Modify Automatic Stay [Docket No. 68 (20-10534) and Docket No. 61 (20-10535); filed September 10, 2020]

B. Objection of Chapter 7 Trustee to Motions of Intel Corporation and Xilinx, Inc. to (I) Stay Patent Infringement Action Pursuant to Section 362(a) or Section 105(a) or (II) Modify the Automatic Stay and Grant Related Relief [Docket No. 70 (20-10534) and Docket No. 65 (20-10535); filed September 10, 2020]

Status: This matter is going forward.

3.   Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement with FG SRC LLC and Affiliates [Docket No. 57 (20-10534) and Docket No. 52 (20-10535); filed September 2, 2020]

Response Deadline: September 10, 2020

Responses/Objections Received:

A. Informal Response of Denis A. Krusos

B. Informal Response of Scott Hillstrom

C. Intel Corporation's Statement Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement with FG SRC LLC and Affiliates [Docket No. 71 (20-10534) and Docket No. 66 (20-10535); filed September 10, 2020]

D. Xilinx, Inc.'s Statement Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement with FG SRC LLC and Affiliates [Docket No. 73 (20-10534) and Docket No. 68 (20-10535); filed September 10, 2020]

Related Documents:

A. Declaration of Don A. Beskrone, Chapter 7 Trustee, in Support of Motion to Approve Settlement With FG SRC LLC and Affiliates [Docket No. 58 (20-10534) and Docket No. 53 (20-10535); filed September 2, 2020]

B. Order Granting Motion of Don A. Beskrone, Chapter 7 Trustee, to Shorten Notice Regarding the Trustee's Motion to Approve Settlement with FG SRC LLC and Affiliates [Docket No. 60 (20-10534) and Docket No. 55 (20-10535); filed September 3, 2020]

C. Notice of Hearing Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement with FG SRC LLC and Affiliates [Docket No. 61 (20-10534) and Docket No. 56 (20-10535); filed September 3, 2020]

Status: This matter is going forward.

*-Signature Page to Follow-*

Dated: September 14, 2020

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (I.D. #3765)
Benjamin W. Keenan (I.D. #4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
rpalacio@ashbygeddes.com
bkeenan@ashbygeddes.com

*Counsel for Don A. Beskrone, Chapter 7 Trustee*