# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DIRECTSTREAM, LLC, | ) | Case No. 20-10534 (MFW) |
| | ) | |
| Debtor. | ) | **Related D.I. 57, 125** |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| DIRECTSTREAM FEDERAL, LLC, | ) | Case No. 20-10535 (MFW) |
| | ) | |
| Debtor. | ) | **Related D.I. 52, 109** |
| | ) | |

**ORDER APPROVING MOTION OF DON A. BESKRONE, CHAPTER 7 TRUSTEE, TO APPROVE SETTLEMENT WITH FG SRC, LLC AND AFFILIATES**

Upon consideration of the *Motion of Don A. Beskrone, Chapter 7 Trustee, to Approve Settlement with FG SRC, LLC* (the "Motion");[1] and the Court having jurisdiction to consider the relief requested in the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the relief requested in the Motion being a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (B), (G) and (M); and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested; and the Court having determined that granting the relief requested in the Motion is appropriate; and it appearing that due and adequate notice of the Motion has been given under the circumstances of this case and this matter; and the Court having received all responses and objections to the Motion, if any; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

{01601654;v5 }

**ORDERED**, that the Motion is **GRANTED** as set forth herein; and it is further

**ORDERED**, that the Settlement Agreement, attached hereto as <u>Exhibit 1</u>, is hereby approved in all respects; and it is further

**ORDERED**, that the releases accorded and granted under the Settlement Agreement are authorized and approved in all respects; and it is further

**ORDERED**, that, to the extent necessary, the automatic stay of Section 362 and any order extending or applying the automatic stay to third parties is vacated and/or modified to permit the Litigations (as defined in the Settlement Agreement) to proceed to conclusion as contemplated by the provisions of the Settlement Agreement; and it is further

**ORDERED**, that the fourteen (14) day stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived; and it is further

**ORDERED**, that the Parties are authorized and empowered to take such actions as they deem reasonably necessary to implement and effectuate the settlement and the terms of the Settlement Agreement; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: January 29th, 2021
Wilmington, Delaware

{01601654;v5 }

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

2